# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALLEN CHRISTOPHER RUCKER § | |
| § | Civil Action No. 4:19-CV-322 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Allen Christopher Rucker's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (Dkt. #17) and the Commissioner's Response (Dkt. #19), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted.  Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #17) is **GRANTED**, and the Commissioner is directed to pay six thousand eight hundred twenty-nine dollars and seventy-four cents ($6,829.74) in attorney's fees, plus court costs of four hundred dollars ($400.00), for a total award of seven thousand two hundred twenty-nine dollars and seventy-four cents ($7,229.74).  Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 18th day of December, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE